costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FANNIE EPHRAIM, as Administratrix, etc., of ISAAC EPHRAIM, Deceased, Appellant, v. KNICKERBOCKER HOSPITAL, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMERSON & MORGAN COAL MINING CORPORATION, Respondent, v. INTER-CITY FUEL COMPANY, INC., Appellant. (No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMERSON & MORGAN COAL MINING CORPORATION, Respondent, v. INTER-CITY FUEL COMPANY, INC., Appellant. (No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GENERAL FIRE ASSURANCE COMPANY OF PARIS, FRANCE, Respondent, v. NATIONAL CITY BANK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GOODMAN-MICHELSON Co., INC., Appellant, v. HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD, CONNECTICUT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB GOLDMAN, Respondent, v. STERN BROTHERS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY ALTMAN and Another, Copartners, etc., Respondents, v. GERSETA CORPORATION, Appellant.— Appeal dismissed, without costs, in view of the reversal of the order in the accompanying appeal in this case denying motion for new trial upon the ground of newly-discovered evidence. (See *post*, p. 811.) Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY ALTMAN and Another, Respondents, v. GERSETA CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for new trial granted, with ten dollars costs, upon the ground that the proposed testimony of the witness Joseph Benjamin shows the existence of material and important evidence bearing upon the credibility of the plaintiff Altman and having an important bearing upon the amount of the damage recoverable by the plaintiffs herein. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAISY DERBY COLEMAN, Respondent, v. SILAS COBB COLEMAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ORVILLE H. TOBEY, as Executor, etc., of CATHERINE M. TOBEY, Deceased, Respondent, v. WALTER J. SALMON, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HELEN ASHERMAN, Respondent, v. THOMAS J. BRADY and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of H. SCHIEFFELIN SAYERS, as Successor Trustee under the Last Will and Testament of

H. CRUGER OAKLEY, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE FARMERS' LOAN AND TRUST COMPANY, as Trustee under a Deed of Trust Dated April 4, 1914, Made by EDWARD SCHULZE and DAISY EVELYN SCHULZE, His Wife, for the Benefit of DAISY EVELYN SCHULZE and Others, Plaintiff, v. DAISY EVELYN SCHULZE, Respondent, Impleaded with ROSA DILLARD and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAYER HOFFMAN, Appellant, v. CLERGYMEN'S RETIRING FUND SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADOLPH M. ENGEL, Respondent, v. CHESTON SIMMONS and Others, Copartners, etc., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RICHARD M. BEARD, Respondent, v. MARY R. BEARD, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Martin, J., dissenting.

RICHARD L. BROOME, Respondent, v. ALEXANDER SMITH & SONS CARPET COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. H. MONTEATH COMPANY, Respondent, v. ISAAC B. LEVY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WALTER A. LEE, Appellant, v. BENJAMIN SERLIS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM C. RITTER and Another v. SAMUEL JOLESCH Co., INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SALVATORE BIANCHENI, an Infant, etc., v. THE CITY OF NEW YORK. PASQUALINA FERRANTE v. THE CITY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

IRVING ROSENBERG v. KATZ GARMENT Co., INC., Impleaded, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL CONRAD COHEN v. CAFÉ LYONS Co., INC. HENRY GOLDBERG v. CAFÉ LYONS Co., INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIZABETH DE CAMP v. K. V. SIPP, INC., and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PAUL LADENBURG and Another v. MAX M. HOROWITZ.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.